# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**183**

**CA 15-00500**

PRESENT: CARNI, J.P., LINDLEY, DEJOSEPH, NEMOYER, AND TROUTMAN, JJ.

---

RUSSELL BAKER, PLAINTIFF-APPELLANT,

V                                                                    ORDER

LOFINK MOTOR CO., INC., DEFENDANT-RESPONDENT.

---

SUGARMAN LAW FIRM, LLP, SYRACUSE (ROBERT P. DWYER OF COUNSEL), FOR PLAINTIFF-APPELLANT.

SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (ROBERT P. CAHALAN OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Jefferson County (James P. McClusky, J.), entered November 24, 2014. The order, among other things, granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  March 18, 2016                          Frances E. Cafarell
                                                  Clerk of the Court